[No. 42098-4-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN S. NAANYANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05532-2, Richard A. Jones, J., entered January 12, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42108-5-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. DODGE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01505-1, Ronald L. Castleberry, J., entered February 5, 1998. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 42160-3-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN J. PRINCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06432-1, Ann Schindler, J., entered February 3, 1998. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, C.J., and Cox, J.

[No. 42209-0-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PETZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08397-1, Richard M. Ishikawa, J., entered February 23, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Appelwick, J.